## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| ASHLEY HIATT, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 22-cv-1044 |
| v. | ) ) | |
| KOSE AMERICA, INC., | ) ) | |
| Defendants. | ) | |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Ashley Hiatt ("Plaintiff") and pursuant to Fed.R.Civ.P 41(a)(1)(A)(i) hereby dismisses this matter without prejudice.

Dated: May 31, 2022

Respectfully Submitted,

/s/ *Brendan Donelon*
One of Plaintiff's Attorneys

Brendan Donelon
DONELON, P.C.
4600 Madison Avenue
Kansas City, Missouri 64112
Tel:  (816) 221-7100
Fax:  (816) 709-1044
brendan@donelonpc.com

Daniel W. Craig
DONELON, P.C.
6642 Clayton Rd., #320
St. Louis, Missouri 63117
Tel:  (314) 297-8385
Fax:  (816) 709-1044
dan@donelonpc.com

Thomas M. Ryan,
LAW OFFICE OF THOMAS M. RYAN, P.C.
35 E. Wacker Drive, Suite 650
Chicago, IL 60610
Tel:  (312) 726-3400
Fax:  (312) 782-4519
tom@tomryanlaw.com

<u>Certificate of Service</u>

Plaintiff hereby certifies that a true and correct copy of the foregoing was sent to all counsel of record on this Court's CM/ECF system,

<u>*/s/ Brendan J. Donelon*</u>
Counsel for Plaintiff